137 P.3d 1020

# SUPREME COURT OF HAWAI'I

Schmidt v. Pacific Ben. Services, Inc. .......................... 25755     07/06/2006   Denied     —— Hawai'i ——, —— P.3d ——